**Motion Granted in Part; Order filed January 24, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00884-CV
_____

### LAURA ANN SIMS, Appellant

### V.

### ERICK CACERES AND VILMA CACERES, INDIVIDUALLY AND AS NEXT FRIENDS OF ERIKA CACERES AND VENESSA CACERES, MINORS, Appellees

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2011-26275

## O R D E R

The notice of appeal in this case was filed September 21, 2012. To date, the filing fee of $175.00 has not been paid. Appellant filed a motion with this court seeking an extension to file the record. Appellant claims that the trial court has not yet ruled on her affidavit of indigence. This court has contacted the trial court,

which states that it does not have a pending affidavit of indigence from appellant. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **February 8, 2013.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM